729 A.2d 69

**Donald J. DUCHESS and Catherine A. Duchess, Respondents,**

v.

**LANGSTON CORPORATION, Petitioner.**

Supreme Court of Pennsylvania.

May 7, 1999.

Joseph J. Bosick, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 7th day of May, 1999, the Petition for Allowance of Appeal is GRANTED limited to the following issue:

Did the Superior Court err in reversing judgment in favor of Petitioner finding that evidence of a subsequent design change was admissible as a subsequent repair as opposed to a subsequent remedial measure?